## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA SLIVAK                          :          CIVIL ACTION

        vs.                          :

TILAK REAL ESTATE, LLC          :          NO. 15-03868

## O R D E R

**AND NOW, TO WIT:** This 13th day of October, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** /s/ Katie Furphy
     Katie Furphy
     Civil Deputy Clerk

Copies Emailed on   10/13/15   to:
  Arkady Eric Rayz, Esq.
  Gerald D. Wells, III, Esq.
  Donald Benedetto, Esq.

Civ 2 (7/83)

41.1(b)